IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01743-WJM-KLM

TERRI LYNN STROEDER,

    Plaintiff,

v.

JPMORGAN CHASE BANK, N.A., and
CHASE HOME FINANCE LLC,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion to Postpone Scheduling Conference** [Docket No. 23; Filed September 17, 2012] (the "Motion"). Plaintiff requests that the Scheduling Conference be postponed until October 3, 2012. Plaintiff represents that Defendants do not oppose the Motion.

    IT IS HEREBY **ORDERED** that the Motion [#23] is **GRANTED**. The Scheduling Conference set for September 26, 2012 at 11:00 a.m. is **vacated** and **RESET** to **October 3, 2012 at 10:00 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

    IT IS FURTHER **ORDERED** that the parties shall submit their proposed scheduling order pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures on or before **September 27, 2012**. All other provisions of the Order Setting Scheduling/Planning Conference issued July 9, 2012 [#7 ] remain in effect.

Dated:  September 18, 2012