IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01743-WJM-KLM

TERRI LYNN STROEDER,

    Plaintiff,

v.

JPMORGAN CHASE BANK, N.A., and
CHASE HOME FINANCE LLC,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion for Leave to File Rule 26 Disclosures Late** [Docket No. 28; Filed September 27, 2012] (the "Motion"). The Motion fails to comply with D.C.COLO.LCivR 7.1A, which provides as follows:

> The Court will not consider any motion, other than a motion under Fed. R. Civ. P. 12 or 56, unless counsel for the moving party or a *pro se* party, before filing the motion, has conferred or made reasonable, good faith efforts to confer with opposing counsel or a *pro se* party to resolve the disputed matter. The moving party shall state in the motion, or in a certificate attached to the motion, the specific efforts to comply with this rule.

    The Motion contains nothing to indicate that Plaintiff conferred or attempted to confer with opposing counsel to resolve the matter and inquire whether Defendants oppose the Motion. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#28] is **DENIED WITHOUT PREJUDICE**.

    Dated: September 28, 2012