IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01743-WJM-KLM

TERRI LYNN STROEDER,

    Plaintiff,

v.

JPMORGAN CHASE BANK, N.A., and
CHASE HOME FINANCE LLC,

    Defendants.
_____

### MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint and Unopposed Motion to Amend Scheduling Order Regarding Discovery Cut-off Date, Deadline to Designate Rebuttal Experts, and Dispositive Motion Deadline** [#49][1] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#49] is **GRANTED**. The Scheduling Order entered on April 23, 2013 [#41] and amended on August 16, 2013 [#45] and September 17, 2013 [#48], is further modified to extend the following deadlines:

- Rebuttal Expert Disclosure Deadline  **November 15, 2013**
- Discovery Deadline  **November 22, 2013**
- Dispositive Motion Deadline  **December 23, 2013**

    Dated: October 31, 2013

---

[1] "[#49]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.