IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01743-WJM-KLM

TERRI LYNN STROEDER,

    Plaintiff,

v.

JPMORGAN CHASE BANK, N.A., and
CHASE HOME FINANCE LLC,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint and Unopposed Motion for Second Amendment to Scheduling Order Regarding Discovery Cut-off Date, Deadline to Designate Rebuttal Experts, and Dispositive Motion Deadline** [#52][1] (the "Motion"). In the Motion, the parties request that certain deadlines set in the Scheduling Order [#41] be extended. In addition, while not mentioned in the Motion, the Court notes that a Final Pretrial Conference is set for January 28, 2014.

    IT IS HEREBY **ORDERED** that the Motion [#52] is **GRANTED**. The Scheduling Order entered on April 23, 2013 [#41] and amended on August 16, 2013, September 17, 2013, and October 31, 2013 [## 45, 48, 51], is further modified to extend the following deadlines:

- Rebuttal Expert Disclosure Deadline    **February 10, 2014**
- Discovery Deadline    **February 17, 2014**
- Dispositive Motion Deadline    **March 14, 2014**

    IT IS FURTHER **ORDERED** that the Final Pretrial Conference set for January 28, 2014 at 10:00 a.m. is **VACATED** and **RESET** to **May 29, 2014** at **10:30 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street,

---

[1] "[#52]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.

Denver, Colorado.

IT IS FURTHER **ORDERED** that the proposed pretrial order shall be submitted on or before **May 22, 2014**.  The proposed pretrial order to be submitted to the Magistrate Judge under the ECF Procedures may be submitted in WordPerfect or pdf format and shall be emailed to the Magistrate Judge at *Mix_Chambers@cod.uscourts.gov*.

Attorneys and/or pro se parties not participating in ECF shall submit their proposed pretrial order on paper to the Clerk's Office.  However, if any party in this case is participating in ECF, it is the responsibility of that party to submit the proposed pretrial order pursuant to the District of Colorado ECF Procedures.

**The parties shall prepare the proposed pretrial order in accordance with the form which may be downloaded from the Forms section of the court's website at http://www.cod.uscourts.gov/Home.aspx.**

Dated:  November 21, 2013