IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01743-WJM-KLM

TERRI LYNN STROEDER,

    Plaintiff,

v.

JPMORGAN CHASE BANK, N.A., and
CHASE HOME FINANCE LLC,

    Defendants.

---

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint and Unopposed Motion for Entry of Stipulated Protective Order [#55]**[1] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#55] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that the Protective Order [#55-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

    Dated: November 21, 2013

---

[1] "[#55]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.