IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01743-WJM-KLM

TERRI LYNN STROEDER,

    Plaintiff,

v.

JPMORGAN CHASE BANK, N.A., and
CHASE HOME FINANCE LLC,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants' **Unopposed Motion to Amend Scheduling Order Regarding Discovery Deadline to Permit Deposition of Plaintiff's Designated Expert** [#61][1] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#61] is **GRANTED**. The Scheduling Order entered on April 23, 2013 [#41] and amended on August 16, 2013, September 17, 2013, October 31, 2013, and November 21, 2013 [## 45, 48, 51, 57], is further modified to extend the Discovery Deadline to **February 24, 2014** for the limited purpose of allowing Defendants to depose Plaintiff's designated expert, Lawrence P. Gelfond and/or Jay E. Freedberg.

    Dated: February 18, 2014

---

[1] "[#61]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.